IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | |
|---|---|
| **BIXBY, ADAM**, on behalf of himself and others similarly situated, | Case No. 2:22-cv-00059-DLB-CJS |
| Plaintiff, | Judge: Hon. David L. Bunning |
| v. | |
| **TOYOTA MOTOR NORTH AMERICA, INC.** | |
| and | |
| **TOYOTA MOTOR SALES, U.S.A., INC.** | |
| Defendants. | |

# [PROPOSED] ORDER ON DEFENDANTS' MOTION TO COMPEL ARBITRATION, DISMISS PLAINTIFF'S CLASS CLAIMS, AND DISMISS OR STAY PLAINTIFF'S INDIVIDUAL CLAIMS

This matter is currently before the Court on Defendants' Motion to Compel Arbitration, Dismiss Plaintiff's Class Claims, and Dismiss or Stay Plaintiff's Individual Claims.

The Court being sufficiently advised:

1. IT IS ORDERED that the motion to compel arbitration be and hereby is GRANTED. Plaintiff is compelled to arbitrate his claims against Defendants on an individual basis pursuant to the terms of his arbitration agreement.

2. IT IS FURTHER ORDERED that the motion to dismiss Plaintiff's class claims be and hereby is GRANTED.

///

2

3. IT IS FURTHER ORDERED that:

☐ The motion to dismiss Plaintiff's individual claims be and hereby is GRANTED; or

☐ The motion to stay Plaintiff's individual claims pending arbitration be and hereby is GRANTED.

SO ORDERED,

_____
District Judge David L. Bunning