**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CIVIL ACTION NO. 22-59-DLB-CJS**

ADAM BIXBY, on behalf of himself and
others similarly situated                                                                      PLAINTIFF

v.                                                          **ORDER**

TOYOTA MOTOR NORTH AMERICA, INC., and
TOYOTA MOTOR SALES, U.S.A., INC.                                                DEFENDANTS

\* \*   \* \*   \* \*   \* \*   \* \*   \* \*   \* \*   \* \*

Upon agreement of the parties, and consistent with the parties' Stipulated Request for Dismissal of Action (Doc. # 32),

**IT IS ORDERED** that all claims of Plaintiff Adam Bixby, on behalf of himself and others similarly situated, against Defendants, Toyota Motor North America, Inc. and Toyota Motor Sales, U.S.A., Inc., be and are hereby **DISMISSED WITH PREJUDICE**, each party to bear their own costs and fees. The matter shall be **STRICKEN** from the docket.

This 16th day of January, 2024.



Signed By:
*David L. Bunning*  *DB*
**United States District Judge**

K:\DATA\ORDERS\Cov2022\22-59 Order Granting Stipulated Dismissal.docx